**Exhibit A**

# Case Summary

**Case Number:** CAM L-002360-20

**Case Caption:** Equipment Depot Of P Ennsylvan Vs Aluminum Shape

| | | |
|---|---|---|
| **Court:** Civil Part | **Venue:** Camden | **Case Initiation Date:** 07/10/2020 |
| **Case Type:** Contract/Commercial Transaction | **Case Status:** Closed | **Jury Demand:** None |
| **Case Track:** 2 | **Judge:** Michael J Kassel | **Team:** 202 |
| **Original Discovery End Date:** | **Current Discovery End Date:** | **# of DED Extensions:** 0 |
| **Original Arbitration Date:** | **Current Arbitration Date:** | **# of Arb Adjournments:** 0 |
| **Original Trial Date:** | **Current Trial Date:** | **# of Trial Date Adjournments:** 0 |
| **Disposition Date:** 08/26/2021 | **Case Disposition:** Dismissed By Court Without Prejudice | **Statewide Lien:** |

### Plaintiffs
**Equipment Depot Of Pennsylvani AKA Equipment Depot**

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** Gregory S Shields |
| **Address Line 1:** 741 Independence Ave. | **Address Line 2:** | **Attorney Bar ID:** 038922005 |
| **City:** Mechanicsburg   **State:** PA | **Zip:** 17055 | **Phone:** (484) 843-1554 |
| **Attorney Email:** GSHIELDS@GSHIELDSLAW.COM | | |

### Defendants
**Aluminum Shapes, Llc**

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** Mathieu J Shapiro |
| **Address Line 1:** 9000 River Road | **Address Line 2:** | **Attorney Bar ID:** 048241995 |
| **City:** Delair   **State:** NJ | **Zip:** 08110 | **Phone:** |
| **Attorney Email:** MATHIEU.SHAPIRO@OBERMAYER.COM | | |

### Case Actions

| Filed Date | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|
| 07/10/2020 | Complaint for CAM-L-002360-20 submitted by SHIELDS, GREGORY S, GREGORY S. SHIELDS, LLC on behalf of EQUIPMENT DEPOT OF PENNSYLVANI against ALUMINUM SHAPES, LLC | LCV20201202582 | 07/10/2020 |
| 07/11/2020 | TRACK ASSIGNMENT Notice submitted by Case Management | LCV20201207155 | 07/11/2020 |
| 07/30/2020 | TRACK ASSIGNMENT Notice submitted by Case Management | LCV20201318229 | 07/30/2020 |
| 08/06/2020 | AFFIDAVIT OF SERVICE submitted by SHIELDS, GREGORY, S of GREGORY S. SHIELDS, LLC on behalf of EQUIPMENT DEPOT OF PENNSYLVANI against ALUMINUM SHAPES, LLC | LCV20201358211 | 08/06/2020 |
| 10/13/2020 | REQUEST FOR DEFAULT submitted by SHIELDS, GREGORY, S of GREGORY S. SHIELDS, LLC on behalf of EQUIPMENT DEPOT OF PENNSYLVANI against ALUMINUM SHAPES, LLC | LCV20201817357 | 10/13/2020 |
| 10/14/2020 | Default has been entered against the following party/parties: ALUMINUM SHAPES, LLC | LCV20201828981 | 10/14/2020 |
| 10/15/2020 | FINAL JUDGMENT BY DEFAULT submitted by SHIELDS, GREGORY, S of GREGORY S. SHIELDS, LLC on behalf of EQUIPMENT DEPOT OF PENNSYLVANI against ALUMINUM SHAPES, LLC | LCV20201837648 | 10/15/2020 |
| 10/15/2020 | Final Judgment By Default uploaded by Case Management Staff submitted by GREGORY S SHIELDS | LCV20201843872 | 10/16/2020 |
| 10/15/2020 | Taxed Cost Form uploaded by Case Management Staff submitted by GREGORY S SHIELDS | LCV20201843902 | 10/16/2020 |
| 10/16/2020 | Default has been entered against the following party/parties: ALUMINUM SHAPES, LLC | LCV20201848688 | 10/16/2020 |
| 11/17/2020 | WRIT OF EXECUTION submitted by SHIELDS, GREGORY, S of GREGORY S. SHIELDS, LLC on behalf of EQUIPMENT DEPOT OF PENNSYLVANI against ALUMINUM SHAPES, LLC | LCV20202085423 | 11/17/2020 |
| 11/17/2020 | Writ Of Execution submitted by Staff | LCV20202217754 | 12/07/2020 |
| 05/13/2021 | JUDGMENT BY DEFAULT submitted by SHIELDS, GREGORY, S of GREGORY S. SHIELDS, LLC on behalf of EQUIPMENT DEPOT OF PENNSYLVANI against ALUMINUM SHAPES, LLC | LCV20211200320 | 05/13/2021 |
| 05/27/2021 | CLERK NOTICE: re: JUDGMENT BY DEFAULT - J [LCV20211200320] -The account balance is low. | LCV20211307776 | 05/27/2021 |
| 08/25/2021 | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by SHAPIRO, MATHIEU, J of OBERMAYER REBMANN MAXWELL & HIPPEL LLP on behalf of ALUMINUM SHAPES, LLC against EQUIPMENT DEPOT OF PENNSYLVANI | LCV20211969673 | 08/25/2021 |
| 08/25/2021 | NOTICE OF BANKRUPTCY submitted by SHAPIRO, MATHIEU, J of OBERMAYER REBMANN MAXWELL & HIPPEL LLP on behalf of ALUMINUM SHAPES, LLC against EQUIPMENT DEPOT OF PENNSYLVANI | LCV20211969709 | 08/25/2021 |
| 08/26/2021 | Order Dismiss/Bankruptcy - GRANTED by Judge KASSEL, MICHAEL, J | LCV20211978310 | 08/26/2021 |