**Exhibit B**

**SHERIFF #WR-21000043**

Equipment Depot Pennsylvania, Inc.
VS.
Aluminum shapes LLC

**BUSINESS PROPERTY INVENTORY OF ALUMINUM SHAPES LOCATED AT:**

Aluminum Shapes
900 River Road
Pennsauken, NJ 08110

- (4) Dark Brown Wooden Desk
- (163) HP/Intel/I3/I4 Computers
- (211) Black Computer Monitors
- (9) 32-inch Flat Screen Tv's / Vizio
- (3) 50-inch Flat Screen Tv/ Samsung
- (9) Black Plastic Chairs
- (11) Black Leather Desk Chair
- (1) Black Faux Leather Ottoman
- Multiple Black/Silver Faux Leather Rolling Office Chairs
- (8) Black High-Top Stools
- (2) Black Faux Leather Couch
- (2) Black Faux Leather Sitting Chairs
- (2) Small White End Tables
- Multiple Small Glass Circle Tables
- Multiple Tan (5) Drawer Aluminum Filing Cabinets
- Multiple Black (5) Drawer Aluminum Filing Cabinets
- Multiple Tan (4) Drawer Aluminum Filing Cabinets
- Multiple Black (4) Drawer Aluminum Filing Cabinets
- Multiple Cubicles with drawers attached.
- (6) White Folding Tables
- (14) White/Black Folding Chairs
- (3) Small Marble Lunch Tables
- (8) White Lunch Chairs
- Multiple Dark Brown Wooden Office Shelving Unit
- (1) Drafting Table
- (1) Teal Sectional Couch
- Multiple White/Black L Shaped Desks

SHERIFF NO. 21-06043     DEPUTY'S ASSIGNMENT

I, Gilbert L. "Whip" Wilson, SHERIFF OF CAMDEN COUNTY, DO HEREBY ASSIGN

OFFICER **S/O I. Heyward #103** TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW

## COURT INFORMATION

COURT OF ISSUANCE: CAMDEN COUNTY SUPERIOR COURT     BRANCH: LAW DIVISION

DOCKET #: CAML236020  STATE: NJ  COUNTY OF VENUE: CAMDEN COUNTY

nspieler

ATTORNEY:
LAW OFFICES OF GREGORY S. SHIELDS, LLC
107 CHESLEY DRIVE
SUITE 5
MEDIA, PA 19063

Receipt #   Check #   Amount

## CAPTION OF CASE

NAME: EQUIPMENT DEPOT PENNSYLVANNIA, INC. ET AL
VS. ALUMINUM SHAPES LLC, ET AL

## DEFENDANT OR NAMED WITHIN TO BE SERVED

NAME: ALUMINUM SHAPES LLC
ADDRESS: 9000 RIVER ROAD
PENNSAUKEN, NJ

PAPERS SERVED: WRIT OF EXECUTION
NOTES:

LEVY UPON: ANY AND ALL BUSINESS ASSETS AND PROPERTY INCLUDING CASH REGISTER RECEIPTS OF THE DEFENDANT ALUMINUM SHAPES LLC AT THE ABOVE ADDRESS AS PER INVENTORY AND DESCRIPTION HEREIN CONTAINED; SUBJECT TO ALL PRIOR LEGAL ENCUMBRANCES; THE TOTAL AMOUNT DUE AS OF 7/1/2021; $32,597.00. INTEREST CONTINUES TO ACCRUE DAILY.

## SERVICE DATA RECORDED

☒ SERVED SUCCESSFULLY     DATE / TIME: 2-7-21 11:50 am

☐ UNABLE TO SERVE    NUMBER OF ATTEMPTS: 1

REMARKS: Levied upon any and all known business assets see attached inventory.

## COPY SERVED ON

☐ Officer
☐ Managing Agent
☐ By posting on premises
☐ Person in charge at registered office of
☐ Registered Agent
☒ Agent Authorized to Accept

Person Served: Doug Bathayer #1003    (Title/Relationship)

☐ IS IN THE MILITARY     ☒ IS NOT IN THE MILITARY

*XAEX229204*

SIGNATURE
SHERIFF'S OFFICER OF CAMDEN COUNTY
STATE OF NEW JERSEY

SHERIFF #: WR-21000043   DEFENDANT'S COPY 4 of

NAME: EQUIPMENT DEPOT PENNSYLVANNIA, INC. ET AL VS. ALUMINUM SHAPES LLC, ET AL

PERSONAL / BUSINESS PROPERTY INVENTORY OF ALUMINUM SHAPES LLC LOCATED AT:

ALUMINUM SHAPES LLC
9000 RIVER ROAD
PENNSAUKEN, NJ

| AMOUNT | ITEM DESCRIPTION | VALUE |
|---|---|---|
| | | |

*21000043*