| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br><br> **DISTRICT OF NEW JERSEY** | |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* <br> **FOX ROTHSCHILD LLP** <br> Joseph J. DiPasquale, Esquire <br> Michael J. Viscount Jr., Esquire <br> Martha B. Chovanes, Esquire <br> 1301 Atlantic Avenue <br> Midtown Building, Suite 400 <br> Atlantic City, NJ 08401 <br> Telephone: (609) 572-2227 <br> Facsimile: (609) 348-6834 <br> E-mail:  jdipasquale@foxrothschild.com <br>      mviscount@foxrothschild.com <br>      mchovanes@foxrothschild.com <br><br> *Counsel to the Official Committee of Unsecured Creditors* | |
| In re: <br><br> ALUMINUM SHAPES, L.L.C., <br><br>           Debtor. | Chapter 11 <br><br> Case No. 21-16520-JNP |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALUMINUM SHAPES, L.L.C., <br><br>           Plaintiff, <br><br> v. <br><br> EQUIPMENT DEPOT PENNSYLVANIA, INC. D/B/A EQUIPMENT DEPOT, <br><br>           Defendant. | Adv. Pro. No. 21-01471-JNP <br><br> Hearing Date: May 24, 2022 <br><br> Hearing time:  11:00 am |

105920080.2

133296207.1

### NOTICE OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER APPROVING THE SETTLEMENT BY AND BETWEEN THE COMMITTEE AND EQUIPMENT DEPOT

**PLEASE TAKE NOTICE** that on **May 24, 2022 at 11:00 am** (Eastern Time), or as soon thereafter as counsel may be heard, the Official Committee of Unsecured Creditors (the "Committee"), by and through its undersigned counsel, shall move (the "Motion") before the Honorable Jerrold N. Poslusny, United States Bankruptcy Judge, in Courtroom 4C of the United States Bankruptcy Court for the District of New Jersey, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, Camden, New Jersey 08101, for entry of an order, substantially in the form submitted herewith, approving the settlement by and between the Committee and Equipment Depot Pennsylvania, Inc. d/b/a Equipment Depot ("Equipment Depot").

**PLEASE TAKE FURTHER NOTICE** that the Committee shall rely upon the Motion filed herewith. No brief is necessary as no novel issues of fact or law are presented by the Motion. A proposed form of order was also submitted therewith. Oral argument is requested in the event an objection is timely filed.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed with the Clerk of the Court together with proof of service thereof, and served so as to be actually received by no later than **May 17, 2022 at 4:00 pm** (Eastern Time) by counsel to the Committee, FOX ROTHSCHILD LLP, 49 Market Street, Morristown, New Jersey 07960-5122, Attn: Joseph J. DiPasquale, Esq. (JDiPasquale@FoxRothschild.com), and by counsel to Equipment Depot, NORTON ROSE FULBRIGHT US LLP, 555 South Flower Street, Los Angeles, California 90071, Attn: Rebecca J. Winthrop, Esq. (rebecca.winthrop@nortonrosefulbright.com).

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must: (a) be in writing; (b) comply with the Bankruptcy Rules, the Local Rules of the United States Bankruptcy Court for the District of New Jersey, and any other case management rules or orders of this Court; and (c) state with particularity the legal and factual basis for the objection.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served in accordance with this notice, it may not be considered by the Bankruptcy Court. In the event no objections are filed, the relief requested in the Motion may be granted without a hearing.

Dated: April 20, 2022

Respectfully submitted,

**FOX ROTHSCHILD, LLP**

*/s/ Joseph J. DiPasquale*
Joseph J. DiPasquale, Esq.
Michael J. Viscount, Jr., Esq.
Martha B. Chovanes, Esq.
**FOX ROTHSCHILD LLP**
1301 Atlantic Avenue
Midtown Building, Site 400
Atlantic City, NJ  08401
Telephone: (609) 572-2227
Facsimile: (6090 348-6834
E-mails:  jdipasquale@foxrothschild.com
mviscount@foxrothschild.com
mchovanes@foxrothschild.com
*Counsel to the Official Committee of Unsecured Creditors*