| |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**FOX ROTHSCHILD LLP**<br>Joseph J. DiPasquale, Esquire<br>Michael J. Viscount, Jr., Esquire<br>Martha B. Chovanes, Esquire<br>1301 Atlantic Avenue<br>Midtown Building, Suite 400<br>Atlantic City, NJ 08401<br>Telephone: (609) 572-2227<br>Facsimile: (609) 348-6834<br>E-mail:  jdipasquale@foxrothschild.com<br>          mviscount@foxrothschild.com<br>          mchovanes@foxrothschild.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* | |
| In re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>               Debtor. | Chapter 11<br><br>Case No. 21-16520-JNP |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALUMINUM SHAPES, L.L.C.,<br><br>               Plaintiff,<br><br>   v.<br><br>EQUIPMENT DEPOT PENNSYLVANIA, INC. D/B/A EQUIPMENT DEPOT,<br><br>               Defendant. | Adv Pro. No. 21-01471-JNP |

**CERTIFICATION OF JORDAN MEYERS IN SUPPORT OF THE MOTION
OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER
APPROVING THE SETTLEMENT BY AND BETWEEN
<u>THE COMMITTEE AND EQUIPMENT DEPOT</u>**

I, Jordan Meyers, am the Interim Chief Financial Officer of the debtor and debtor in possession in the above-captioned matter, Aluminum Shapes, L.L.C. (the "Debtor"), and I have personal knowledge of the facts stated below, and I am authorized to make the following statements:

1. The Official Committee of Unsecured Creditors (the "Committee") of the Debtor is the Plaintiff in the instant adversary proceeding.

2. Equipment Depot Pennsylvania, Inc. d/b/a Equipment Depot ("Equipment Depot") is a corporation that sells, services, and rents industrial equipment.

3. Prior to the Petition Date, Equipment Depot rented industrial equipment to the Debtor for use in the Debtor's business.

4. On July 10, 2020, Equipment Depot initiated a collections action in the New Jersey Superior Court, Camden County, Docket No. L-002360-20, for payment of all sums alleged to be due and owing on the underlying debt, among other claims (the "Pre-Petition Action").

5. On October 15, 2020, a final judgment was entered in the Pre-Petition Action in favor of Equipment Depot and against the Debtor in the amount of $30,039.20 (the "Judgment").

6. Pursuant to New Jersey law, upon its entry, the Judgment automatically became a lien against all real property in the State of New Jersey currently owned or thereafter acquired by the Debtor (the "Lien" and together with the Judgment, the "Claim").

7. On July 7, 2021, the Sheriff of Camden County, New Jersey served a levy upon certain known business assets of the Debtor and determined that the total amount due on account of the Claim as of July 1, 2021 was $32,597.00.

8. On September 20, 2021, Equipment Depot filed a proof of claim against the Debtor's Bankruptcy estate ("POC #34").

9.      On November 9, 2021, the Committee initiated the instant adversary proceeding against Equipment Depot, seeking avoidance of any asserted lien pursuant to 11 U.S.C. §§ 502(d), 506(a)(1), 506(d), 544, and 547, and related relief.

10.     I have reviewed the settlement contemplated by the executed Stipulation of Agreement by and between Equipment Depot and the Committee, dated April 4, 2022, (the "Stipulation"); and the Stipulation will resolve with certainty the claims against Equipment Depot and provide a recovery for the Debtor's estate, which was otherwise uncertain. A true and correct copy of the proposed Stipulation is attached as **Exhibit "A"** to the Committee's Motion to approve the settlement by and between the Committee and Equipment Depot (the "Motion").

11.     I believe that the Committee and Equipment Depot have negotiated the proposed settlement in good faith; and it is my understanding that by this Motion the Committee seeks authorization to settle and compromise the claims set forth in the Stipulation.

12.     I believe the proposed settlement is an arms' length and reasoned resolution of the disputes between the Committee and Equipment Depot.

13.     The Stipulation ensures a benefit to the Debtor and the Debtor's estate.

14.     The proposed settlement is in the best interests of the Debtor, the Debtor's bankruptcy estate, the Debtor's creditors.

I certify under penalty of perjury that the above statements made by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements made by me are incorrect, I am subject to punishment.

                                                   _/s/Jordan Meyers_
                                                 Jordan Meyers
                                                 Interim Chief Financial Officer
                                                 Aluminum Shapes, L.L.C.

Dated: April 20, 2022

132684102.2