| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>**FOX ROTHSCHILD LLP**<br>1301 Atlantic Avenue<br>Midtown Building, Suite 400<br>Atlantic City, NJ 08401-7212<br>Michael J. Viscount, Esq.<br>Martha B. Chovanes, Esq.<br>Joseph J. DiPasquale, Esq.<br>mviscount@foxrothschild.com<br>mchovanes@foxrothschild.com<br>jdipasquale@foxrothschild.com<br>Telephone: (609) 348-4515<br>Facsimile: (609) 348-6834<br><br>*Counsel to the Official Committee of Unsecured Creditors* | |
| In Re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>      Debtor. | Chapter 11<br><br>Case No. 21-16520-JNP<br><br>Hon. Jerrold N. Poslusny, Jr. |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALUMINUM SHAPES, L.L.C.,<br><br>      Plaintiff,<br>v.<br><br>EQUIPMENT DEPOT PENNSYLVANIA INC.<br>D/B/A EQUIPMENT DEPOT,<br><br>      Defendant. | Adv. Pro. No. 21-01471-JNP |

## CERTIFICATE OF SERVICE

I, Cathi Brown, am a legal assistant employed by the law firm of Fox Rothschild LLP.

132710771.1

I hereby certify that on April 20, 2022, a true and correct copy of the following documents were served on the parties listed below via United States mail, first class and postage prepaid on the attached Service List:

- Notice of Motion of the Official Committee of Unsecured Creditors for an Order Approving the Settlement by and Between the Committee and Equipment Depot;

- Memorandum of Law;

- Certification of Jordan Meyers; and

- Proposed Order.

I further certify that the foregoing statements made by me are true. I am aware that if any such statements are willfully false, I am subject to punishment.

FOX ROTHSCHILD LLP

Counsel to the Official Committee of Unsecured Creditors

Dated: April 20, 2022       By: /s/ Cathi Brown
                                Cathi Brown, legal assistant

<u>Service List</u>

Equipment Depot
741 Independence Avenue
Mechanicsburg, PA 17055

National Registered Agents, Inc.
116 Pine Street, Third floor
Suite 320
Harrisburg, PA 17101

Rebecca J. Winthrop, Esq.
Norton Rose Fulbright US LLP
555 South Flower Street
Forty-First Floor
Los Angeles, CA 90071